RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/22/12
       JDB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVIS RICHARDSON | CIVIL ACTION NO. 12-0083 |
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| WAYNE McCULLEN, ET AL | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (DOC. #3) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22nd day of March, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE